# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Daniel Gutierrez and Kassandra Gutierrez, | ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Smith International, Inc.; Haliburton Energy Services, Inc.; Enerplus (USA) Corporation; Decca Consulting, Inc.; Ensign United States Drilling, Inc.; and Wyoming Casing Services, Inc., | ) ) ) ) ) ) | |
| | ) | Case No. 1:17-cv-002 |
| Defendants. | ) | |

Before the court is a motion for attorney Jorge A. Herrera to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Jorge A. Herrara has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 19) is **GRANTED**. Attorney Jorge A. Herrera is admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 27th day of February, 2017.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr.
                                                        United States Magistrate Judge