# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Daniel Gutierrez and Kassandra Gutierrez, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Smith International, Inc.; et. al., | ) ) | Case No. 1:17-cv-002 |
| Defendants. | ) | |

On February 6, 2018, plaintiffs filed a motion to quash a subponea to produce documents served by defendant Halliburton Energy Service Inc. ("Halliburton") on Rollie Port Investigations, Inc., a non-party. On February 28, 2018, plaintiff and Halliburton filed a stipulation in which they agreed to the following:

1. Plaintiffs will obtain the documents sought by Halliburton from Rollie Port Investigations, Inc. within 20 days using a third-party records company.

2. The documents will be held by the third-party records company, bates numbered with access given to plaintiffs to review for privilege.

3. Plaintiffs will have 7 business days to review said records for privilege and provide Halliburton with a privilege log.

4. If plaintiffs are claiming any of the materials privileged, they will submit the privileged material to the court for in camera review and immediately release the non-privileged portion of the documents to Halliburton.

The court **ADOPTS** the parties' stipulation (Doc. No. 60). The motion to quash (Doc. No. 55) is deemed **MOOT** with the understanding parties may file the appropriate motion should there be any

1

issues with respect to the privilege log and/or the subpoenaed documents.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court